FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

RAFAEL PEREZ, also known as
    "Macho,"
KEVIN HOWARD, also known as
    "Aki" and "Rahim,"
EDWARD SUAREZ, also known as
    "Eddie,"
ARNALDO RAMOS, also known as
    "Kiko,"
STANLEY JOHNSON, also known
    "Stan,"
LUIS MUNOZ, also known as
    "Cano,"
CHRISTOPHER BATHERSFIELD,
    also known as
    "Big Boy," and
REDACTED

        Defendants.

- - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 04-942 (DGT)(S-1)

      On application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan E. Green, it is hereby

      ORDERED that the indictment and arrest warrants in this matter are unsealed as to all defendants.

s/David Trager      2/17/06
HONORABLE DAVID G. TRAGER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK